UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22914-DPG

JESUS GONZALEZ,

    Plaintiff,

v.

THE FRESH MARKET, INC.
d/b/a The Fresh Market, Coconut Grove

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, Jesus Gonzalez ("Plaintiff") and Defendant, The Fresh Market, Inc., d/b/a The Fresh Market, Coconut Grove ("Defendant") (collectively referred to as the "Parties"), hereby advise the Court that they have reached an agreement regarding settlement of this matter. The Parties are working together to finalize the settlement documents and dismissal pleadings and anticipate that they will be in the position to file a joint stipulation for voluntary dismissal with prejudice together with a proposed order of dismissal within the next 30 days. As a result, the Parties request a stay of all case deadlines.

    Jointly submitted this 1st day of October, 2021.

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 8950 SW 74th Court, Suite 2201 | 333 S.E. 2nd Avenue, Suite 3200 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone:   305-531-2014 | Telephone:   (305) 416-6880 |
| | Facsimile:   (305) 416-6887 |
| By: */s/ J. Courtney Cunningham* | By:  */s/ Anastasia Protopapadakis* |
|     J. Courtney Cunningham, FBN 628166 |     Anastasia Protopapadakis, FBN 051426 |
|     cc@cunninghampllc.com |     anastasia.protopapadakis@gray-robinson.com |